742 A.2d 1051

**M. Diane KOKEN, Insurance Commissioner of the Commonwealth of Pennsylvania, in Her Capacity as Liquidator of Summit National Life Insurance Company and EBL Life Insurance Company,**

**v.**

**KPMG PEAT MARWICK, L.L.P.**

**Appeal of Trujillo, Rodriguez & Richards, L.L.P.**

**No. 72 Middle District Appeal Docket 1999.**

Supreme Court of Pennsylvania.

July 22, 1999.

JURISDICTIONAL REVIEW.

**ORDER**

PER CURIAM:

**AND NOW,** this 22nd day of July 1999, the application for leave to file supplemental brief in opposition to jurisdictional statement is granted; the direct appeal is quashed.